UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                              Case No. 24-40126


MICHAEL R SUBLETT,


            Debtor.                                 Chapter 13

---

DECLARATION OF NON-COMPLIANCE AND REQUEST FOR DISMISSAL

---

I, Jeffrey Bruzek, declares under penalty of perjury as follows:

1.      The debtor was required to provide the Trustee with his filed 2024 state and federal tax returns no later than 5:00 p.m. on Thursday, May 14, 2026. ECF No. 51.

2.      The debtor failed to provide those returns to the trustee.

3.      The debtor is in default with the terms of the agreed order. The trustee requests that the court dismiss this case.


                                        Gregory A. Burrell, Chapter 13 Trustee


Dated: July 15, 2026                    Signed: /e/ Jeffrey M. Bruzek
                                                Jeffrey M. Bruzek, ID # 319260
                                                Heather M. Forrest ID # 398764
                                                Counsel for Chapter 13 Trustee
                                                Fifth Street Towers
                                                100 South Fifth Street, Ste. 480
                                                Minneapolis, MN 55402
                                                (612) 277-1223
                                                Email: jmb@ch13mn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                    Case No. 24-40126

MICHAEL R SUBLETT,

           Debtor.                                                        Chapter 13

ORDER

This matter came before the court on the declaration of non-compliance of Gregory A. Burrell, Chapter 13 Trustee.

Based on the declaration and proposed order submitted to the court, the court finds that dismissal of the case is warranted.

IT IS ORDERED

1.  The case is dismissed.

Dated:                                                    _____
                                                          Katherine A. Constantine
                                                          United States Bankruptcy Judge